PAUL JOYCE, PLAINTIFF-APPELLANT, v. JOHN E. STAFFORD AND HELEN R. STAFFORD, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued December 3, 1962—Decided February 18, 1963.

Before Judges CONFORD, GAULKIN and KILKENNY.

*Mr. John F. Lake* argued the cause for appellant (*Messrs. Aiken and Lake,* attorneys).

*Mr. Martin F. Caulfield* argued the cause for respondents (*Messrs. Hannold and Hannold,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons stated by Judge R. Cooper Brown in his opinion reported in 72 *N. J. Super.* 596 (*Cty. Ct.* 1962).